PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ROBBIE SOTO,<br><br>                 Defendant. | CASE NO. 1:17-CR-00263-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: April 20, 2022<br>TIME: 1:00 P.M.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on April 20, 2022, at 1:00 P.M., trailing United States v. Soto; 1:21-CR-00258-NONE-SKO.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to June 1, 2022, at 1:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated: April 11, 2022                               PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
                                                    Assistant United States Attorney


Dated: April 11, 2022                               /s/ ERIN SNIDER
                                                    ERIN SNIDER
                                                    Counsel for Defendant
                                                    ROBBIE SOTO


## ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until June 1, 2022, at 1:00 PM.

IT IS SO ORDERED.

DATED: 4/12/2022

                                            *Sheila K. Oberto*
                                            THE HONORABLE SHEILA K. OBERTO
                                            UNITED STATES MAGISTRATE JUDGE