PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00263-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: June 1, 2022 |
| ROBBIE SOTO | TIME: 1:00 P.M. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on June 1, 2022, at 1:00 P.M., trailing United States v. Soto; 1:21-CR-00258-NONE-SKO.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to July 20, 2022, at 1:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated:  May 23, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  May 23, 2022

/s/ ERIN SNIDER
ERIN SNIDER
Counsel for Defendant
ROBBIE SOTO

**ORDER**

    Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until July 20, 2022, at 1:00 PM.

    IT IS SO ORDERED.

DATED: 5/26/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE