HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBBIE SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00263-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:   October 19, 2022 |
| ROBBIE SOTO, | Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Robbie Soto, that the Court may continue the status conference currently scheduled for July 20, 2022, at 1:00 p.m. to October 19, 2022, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on July 20, 2022, trailing *United States v. Soto*, 1:21-cr-00258-JLT-SKO.

2. In a separately filed stipulation, the parties are agreeing and requesting that the Court continue the status conference in *United States v. Soto*, 1:21-cr-00258-JLT-SKO, to October 19, 2022, at 1:00 p.m.

3. The parties likewise agree and request that the Court continue the status

conference in this matter until October 19, 2022.

4.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

                                                  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 12, 2022                  /s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2022                  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROBBIE SOTO

**O R D E R**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until October 19, 2022, at 1:00 p.m.

**IT IS SO ORDERED.**

Date: 7/13/2022                                       *Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge