1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ROBBIE SOTO

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 1:17-cr-00263-DAD-BAM

12 |          Plaintiff,                | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

13 | vs.                                | Date:  January 4, 2023
                                          Time:  1:00 p.m.
14 | ROBBIE SOTO,                       | Judge: Hon. Sheila K. Oberto

15 |          Defendant.                |

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Robbie Soto, that the Court may continue the status

20 conference currently scheduled for October 19, 2022, at 1:00 p.m. to January 4, 2023, at 1:00

21 p.m. before the Honorable Sheila K. Oberto.

22        The parties agree and request the Court find the following:

23        1.    By previous order, this matter was set for a status conference on October 19,

24 2022, trailing *United States v. Soto*, 1:21-cr-00258-JLT-SKO.

25        2.    In a separately filed stipulation, the parties are agreeing and requesting that the

26 Court continue the status conference in *United States v. Soto*, 1:21-cr-00258-JLT-SKO, to

27 January 4, 2023, at 1:00 p.m.

28        3.    The parties likewise agree and request that the Court continue the status

conference in this matter until January 4, 2023.

4. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 12, 2022    */s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 12, 2022    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROBBIE SOTO

**O R D E R**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until January 4, 2023, at 1:00 p.m.

**IT IS SO ORDERED.**

Date: 10/12/2022    *Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge