HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBBIE SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBBIE SOTO,<br><br>Defendant. | Case No. 1:17-cr-00263-ADA-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  February 1, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Robbie Soto, that the Court may continue the status conference currently scheduled for January 4, 2023, at 1:00 p.m. to February 1, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on January 4, 2023, trailing *United States v. Soto*, 1:21-cr-00258-JLT-SKO.

2. In a separately filed stipulation, the parties are agreeing and requesting that the Court continue the status conference in *United States v. Soto*, 1:21-cr-00258-JLT-SKO, to February 1, 2023, at 1:00 p.m.

3. The parties likewise agree and request that the Court continue the status

conference in this matter until February 1, 2023.

    4.    Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 28, 2022

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 28, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROBBIE SOTO

# O R D E R

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until February 1, 2023, at 1:00 p.m.

**IT IS SO ORDERED.**

Date: 12/28/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge