HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBBIE SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBBIE SOTO,<br><br>Defendant. | Case No. 1:17-cr-00263-ADA-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE ADMISSION HEARING; ORDER**<br><br>Date:   February 27, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

     IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Robbie Soto, that the Court may vacate the status conference scheduled for February 1, 2023, at 1:00 p.m. and set this matter for an admission hearing on February 27, 2023, before the Honorable Jennifer L. Thurston.

     The parties agree and request the Court find the following:

     1.    By previous order, this matter was set for a status conference on February 1, 2023, trailing *United States v. Soto*, 1:21-cr-00258-JLT-SKO.

     2.    In a separately filed stipulation, the parties are agreeing and requesting that the Court vacate the status conference in *United States v. Soto*, 1:21-cr-00258-JLT-SKO, and set the matter for a change of plea hearing on February 27, 2023.

     3.    The parties likewise agree and request that the Court vacate the status conference

in this matter and set the case for an admission hearing before the district judge on the same day as the change of plea hearing in *United States v. Soto*, 1:21-cr-00258-JLT-SKO.

4. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 25, 2023

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 25, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROBBIE SOTO

**O R D E R**

Based upon the stipulation and representations of the parties, the Court vacates the status conference scheduled for February 1, 2023, and sets this matter for an admission hearing on February 27, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston.

**IT IS SO ORDERED.**

Date: 1/25/2023

Hon. Sheila K. Oberto
United States Magistrate Judge